Nos. 16-1200 and 16-1201

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Appellant : | |
| v.   : | **Uncontested Motion to Consolidate** |
| : | **Appeals for Purposes of** |
| CAROLYN JACKSON AND JOHN : | **Appellant's Briefing** |
| JACKSON : | **and for Disposition, and for** |
| : | **a Stay of the Briefing Schedule** |
| : | |

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
U.S. Courthouse
601 Market Street, Room 21400
Philadelphia, PA 19106-1790

Rubin M. Sinins, Esq.
rsinins@jawjw.com
(Atty for C. Jackson)

Herbert I. Waldman, Esq.
hwaldman@javerbaumwurgaft.com
(Atty for C. Johnson)

Carol Gillen, AFPD
Carol_Gillen@fd.org
(Atty for J. Jackson)

David A. Holman, AFPD
David_Holman@fd.org
(Atty for J. Jackson)

Dear Ms. Waldron and Counsel:

Appellant, the United States of America, hereby moves pursuant to Fed. R.

App. P. 3(b) to consolidate Appeal Nos. 16-1200 (*United States v. Carolyn*

*Jackson*) and 16-1201 (*United States v. John Jackson)* for purposes of filing a

single opening brief, a single reply brief, and for disposition. Each Defendant would file a separate brief for appellee. Counsel for each Defendant has consented to this motion.

Defendants Carolyn Jackson and John Jackson, a husband and wife, were charged with, tried together on, and convicted of conspiracy and substantive counts of child endangerment, following a 39-day joint trial. Defendants were sentenced by the same District Judge (Hon. Katharine S. Hayden, U.S.D.J.), on the same day, during a very lengthy joint sentencing proceeding. In this appeal, the Government challenges the sentences imposed on both Defendants. The Government foresees raising challenges that largely apply equally to each Defendant.

Consolidation of these parallel appeals would aid in their efficient resolution and avoid duplication. It would enable the extensive factual record to be submitted and reviewed once, and permit the Government's legal claims to be addressed in a single sequence of briefs. Furthermore, it would allow the appeals to be resolved together by the same panel.

Accordingly, the United States respectfully requests that this Court issue an order consolidating these appeals for purposes of filing a single opening brief, a single reply brief, and for disposition. The United States further respectfully requests that this Court stay the briefing schedule pending decision on this motion.

                                               Respectfully submitted,
                                               PAUL J. FISHMAN
                                               UNITED STATES ATTORNEY

                                      By:    s/John F. Romano
                                               Assistant U.S. Attorney

Dated: April 18, 2016

## CERTIFICATION OF SERVICE

I hereby certify that on April 18, 2016, I caused a copy of this motion to be served, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on the following Filing Users:

Rubin M. Sinins, Esq.
rsinins@jawjw.com
(Atty for C. Jackson)

Herbert I. Waldman, Esq.
hwaldman@javerbaumwurgaft.com
(Atty for C. Jackson)

Carol Gillen, AFPD
Carol_Gillen@fd.org
(Atty for J. Jackson)

David A. Holman, AFPD
David_Holman@fd.org
(Atty for J. Jackson)

                                                         s/John F. Romano
                                                         Assistant U.S. Attorney