UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **16-1200 & 16-1201**

United States v. Carolyn Jackson
United States v. John E. Jackson
(D.N.J. Nos. 2-13-cr-00290-001 & 2-13-cr-00290-002)

**ORDER**

To:    Clerk

1) Unopposed Motion by Appellant to Consolidate Appeals for Purposes of Appellant's Briefing and for Disposition, and for a Stay of the Briefing Schedule

The foregoing motion is granted. The appeals at Nos. 16-1200 and 16-1201 are hereby consolidated for purposes of scheduling, Appellant's opening brief, joint appendix, Appellant's reply brief, and disposition. Appellees are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. Appellees may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i). Appellant's reply brief must be filed and served within fourteen (14) days of the date of service of the last Appellee's brief. The additional time after service provided in Fed. R. App. P. 26(c) will apply.

The briefing and scheduling order issued in No. 16-1201 is hereby vacated. A new consolidated briefing schedule will be issued.

The parties are hereby directed to electronically file documents on the Court's docket as follows:

Appellant: All motions, briefs, and the consolidated joint appendix should be filed in all appeal numbers.

Appellees: All motions should be filed only in those cases for which the relief is being requested. All responsive briefs should be filed only in the appeal to which the appellee is responding. If the appellees are filing a consolidated response brief, the brief must be filed in all appeals to which the appellees are responding.

The parties are further advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: April 26, 2016
CJG/cc:    Mark E. Coyne, Esq.
           John F. Romano, Esq.
           Rubin M. Sinins, Esq.
           Herbert I. Waldman, Esq.
           Carol Gillen, Esq.
           David A. Holman, Esq.