Nos. 16-1200 &16-1201
(consolidated)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Appellant<br><br>v.<br><br>CAROLYN JACKSON AND<br>JOHN JACKSON | **MOTION TO FILE BRIEF FOR APPELLANT OF NO MORE THAN 17,500 WORDS AND FOR A STAY OF THE BRIEFING SCHEDULE PENDING DISPOSITION** |

Marcia M. Waldron, Clerk  
United States Court of Appeals  
　for the Third Circuit

Rubin M. Sinins, Esq.  
rsinins@jawjw.com

Carol Gillen, AFPD  
Carol_gillen@fd.org

Dear Ms. Waldron and Counsel:

　　　The United States of America, Appellant, hereby moves pursuant to Federal Rule of Appellate Procedure 32(a)(7), for leave to file a brief modestly above the word limit. The Brief for Appellant is currently due on May 26, 2016. The United States seeks permission to file a brief containing no more than 17,500 words. The United States apologizes for any delay in filing this request, as it is still awaiting final approval from the Solicitor General to prosecute this appeal.

These consolidated criminal appeals stem from a 39-day trial and a 10½-hour joint sentencing proceeding. Although the United States is challenging only the sentences imposed, it intends to raise four separate claims of error, one of which requires a detailed recitation of the facts as to each Defendant. And because there are two Defendants, the United States must advance arguments unique to each. Because final approval has not yet been granted, the United States will amend this motion if it is not authorized to pursue all four proposed claims of error.

Mindful of the heavy demands on the time and resources of this Court, the United States has endeavored to keep the length of its brief to a minimum while fully addressing all necessary aspects of this case. Indeed, if separate opening briefs were filed as to each Defendant, the United States would be permitted to file two briefs totaling 28,000 words. The United States, however, seeks permission to file a single, consolidated brief not exceeding 17,500 words, and it will continue to work to make the brief even shorter.

Accordingly, the United States respectfully requests that a modest extension of the word limit be granted and that it be permitted to file a consolidated opening brief not to exceed 17,500 words. The United States further requests that the briefing schedule be stayed pending disposition of this motion.

                                                Respectfully submitted,
                                                PAUL J. FISHMAN
                                                United States Attorney

By:   s/ JOHN F. ROMANO
       Assistant U.S. Attorney
       970 Broad Street, Suite 700
       Newark, NJ 07102-2535
       (973) 645-2866

Dated: May 20, 2016

## CERTIFICATION OF SERVICE

      I hereby certify that I caused a copy of the attached motion to be served on May 20, 2016, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on the following Filing Users:

Rubin M. Sinins, Esq.
rsinins@jawjw.com

Carol Gillen, AFPD
Carol_gillen@fd.org

                                                                            _____
                                                                            s/ John F. Romano
                                                                            Assistant U.S. Attorney

Dated: May 20, 2016