UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. 16-1200 & 16-1201

United States v. Jackson

## ORDER

To:    Clerk

1) Unopposed Motion by Appellee Carolyn Jackson to Amend Briefing Schedule

---

    The foregoing motion is granted to the extent it seeks an extension of time to file Appellee's brief until August 19, 2016. The extension will be applied to the brief of John E. Jackson, Appellee at No. 16-1201, as well. If either Appellee wishes to file a supplemental appendix at the time of filing his or her brief, a motion requesting such relief must be filed. The request to stay the briefing schedule pending disposition of the motion to amend the briefing schedule is dismissed as moot.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: June 16, 2016
CJG/cc:    Mark E. Coyne, Esq.
           John F. Romano, Esq.
           Rubin M. Sinins, Esq.
           Herbert I. Waldman, Esq.
           Carol Gillen, Esq.
           David A. Holman, Esq.