**Appendix for Appellant—Volume I**

# CONTENTS OF APPENDIX

**Page**

## Volume I

Notice of Appeal, <u>United States v. Carolyn Jackson</u>...............................................1

Notice of Appeal, <u>United States v. John Jackson</u> ....................................................3

Amended Judgment, <u>United States v. Carolyn Jackson</u> ...........................................5

Judgment, <u>United States v. John Jackson</u> ...............................................................10

## Volume II

Docket Report, Crim. No. 13-290...........................................................................15

Superseding Indictment, filed January 15, 2015....................................................34

Trial Transcript, April 13, 2015.............................................................................54

Trial Transcript, April 14, 2015...........................................................................136

Trial Transcript, April 15, 2015...........................................................................341

Trial Transcript, April 21, 2015...........................................................................550

## Volume III

Trial Transcript, April 22, 2015...........................................................................708

Trial Transcript, April 23, 2015...........................................................................912

Trial Transcript, April 23, 2015 (afternoon).......................................................1053

Trial Transcript, April 29, 2015.........................................................................1149

## Volume IV

Trial Transcript, April 30, 2015.........................................................................1356

Trial Transcript, May 1, 2015 ............................................................................1570

Trial Transcript, May 5, 2015 ............................................................................1729

Trial Transcript, May 6, 2015 ............................................................................1914

**<u>Volume V</u>**

Trial Transcript, May 7, 2015 ............................................................................2043

Trial Transcript, May 8, 2015 ............................................................................2217

Trial Transcript, May 11, 2015 ..........................................................................2324

Trial Transcript, May 13, 2015 ..........................................................................2535

**<u>Volume VI</u>**

Trial Transcript, May 18, 2015 ..........................................................................2717

Trial Transcript, May 19, 2015 ..........................................................................2947

Trial Transcript, May 21, 2015 ..........................................................................3141

Trial Transcript, May 26, 2015 ..........................................................................3323

**<u>Volume VII</u>**

Trial Transcript, May 27, 2015 ..........................................................................3499

Trial Transcript, May 28, 2015 ..........................................................................3664

Trial Transcript, June 4, 2015 ...........................................................................3870

Trial Transcript, June 5, 2015 ...........................................................................4051

**<u>Volume VIII</u>**

Trial Transcript, June 8, 2015 ...........................................................................4261

Trial Transcript, June 12, 2015 ..........................................................................4447

Trial Transcript, June 15, 2015 ..........................................................................4620

Trial Transcript, June 16, 2015 ..........................................................................4816

## Volume IX

Trial Transcript, June 17, 2015 ..........................................................................4951

Trial Transcript, June 18, 2015 ..........................................................................5112

Trial Transcript, June 24, 2015 ..........................................................................5218

Trial Transcript, June 24, 2015 (afternoon).......................................................5321

Trial Transcript, June 25, 2015 ..........................................................................5427

Trial Transcript, June 26, 2015 ..........................................................................5482

Trial Transcript, June 29, 2015 ..........................................................................5498

Trial Transcript, June 29, 2015 (afternoon).......................................................5599

## Volume X

Trial Transcript, June 30, 2015 ..........................................................................5696

Trial Transcript, June 30, 2015 (afternoon).......................................................5819

Trial Transcript, July 1, 2015.............................................................................5889

Trial Transcript, July 2, 2015.............................................................................5913

Trial Transcript, July 6, 2015.............................................................................5927

Trial Transcript, July 7, 2015.............................................................................5951

Trial Transcript, July 8, 2015.............................................................................5960

Jury Instructions ...............................................................................5974

Verdict Sheet, <u>United States v. Carolyn Jackson</u>................................6054

Verdict Sheet, <u>United States v. John Jackson</u>...................................6058

Transcript, October 13, 2015 ............................................................6062

Transcript, October 22, 2015 ............................................................6095

## **Volume XI**

Carolyn Jackson's Final Sentencing Memorandum (Exhibits A-K attached).....6116

John Jackson's Final Sentencing Memorandum (exhibits excluded).................6184

Government's Final Sentencing Memorandum (with corrected chart)..............6199

Government Sentencing Exhibit 15 ....................................................6355

Government Sentencing Exhibit 21 ....................................................6360

Government Sentencing Exhibit 23 ....................................................6363

Sentencing Transcript, December 15, 2015.......................................6419

## **Volume XII**

Government Trial Exhibit 150 ...........................................................6747

Government Trial Exhibit 151 ...........................................................6748

Government Trial Exhibit 154 ...........................................................6749

Government Trial Exhibit 160 ...........................................................6750

Government Trial Exhibit 161 ...........................................................6751

Government Trial Exhibit 165 ...........................................................6752

Government Trial Exhibit 166 ..............................................................................6753

Government Trial Exhibit 170 ..............................................................................6754

Government Trial Exhibit 1563 ............................................................................6755

Government Trial Exhibit 252-3............................................................................6756

Government Trial Exhibit 252-4............................................................................6756

Government Trial Exhibit 341 ..............................................................................6758

Government Trial Exhibit 352-2............................................................................6759

Government Trial Exhibit 352-3............................................................................6760

Government Trial Exhibit 352-4............................................................................6761

Government Trial Exhibit 352-6............................................................................6762

Government Trial Exhibit 352-8............................................................................6763

Government Trial Exhibit 352-10..........................................................................6764

Government Trial Exhibit 352-11..........................................................................6765

Government Trial Exhibit 353-1............................................................................6766

Government Trial Exhibit 353-2............................................................................6767

Government Trial Exhibit 353-6............................................................................6768

Government Trial Exhibit 353-7............................................................................6769

Government Trial Exhibit 353-8............................................................................6770

Government Trial Exhibit 353-13..........................................................................6771

Government Trial Exhibit 1901 ............................................................................6772

Government Trial Exhibit 1902 ..........................................................................6773

Government Trial Exhibit 1903 ..........................................................................6774

Government Trial Exhibit 1904 ..........................................................................6775

Government Trial Exhibit 1905 ..........................................................................6776

Government Trial Exhibit 1906 ..........................................................................6777

Government Trial Exhibit 1907 ..........................................................................6778

Government Trial Exhibit 1908 ..........................................................................6779

Government Trial Exhibit 1909 ..........................................................................6780

Government Trial Exhibit 1913 ..........................................................................6781

Government Trial Exhibit 1914 ..........................................................................6784

Government Trial Exhibit 1915 ..........................................................................6786

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Katharine S. Hayden, U.S.D.J. |
| Appellant | : | |
| | : | |
| v. | : | Crim. No. 13-290 (KSH) |
| | : | |
| CAROLYN JACKSON, | : | |
| Appellee | : | **Notice of Appeal** |

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 18 U.S.C.

§ 3742(b), the United States of America hereby appeals to the United States Court

of Appeals for the Third Circuit from the District Court's judgment and amended

judgment entered on December 28, 2015, and January 8, 2016, respectively.

Respectfully submitted,

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:  Mark E. Coyne
Assistant U.S. Attorney
Chief, Appeals Division

January 26, 2016
Newark, New Jersey

1

## <u>Certification of Service</u>

I hereby certify that on January 26, 2016, I caused a copy of the attached

Notice of Appeal to be served electronically, using the Court's ECF System, by

Notice of Electronic Filing on the following Filing Users:

> Rubin Sinins, Esq.
> rsinins@lawjw.com
> (Counsel for Appellee)
>
> Carol Gillen, AFPD
> carol_gillen@fd.org
> (Counsel for Appellee in related appeal)

By:   Mark E. Coyne
      Assistant U.S. Attorney
      Chief, Appeals Division

Dated: January 26, 2016

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Katharine S. Hayden, U.S.D.J. |
| Appellant | : | |
| | : | |
| v. | : | Crim. No. 13-290 (KSH) |
| | : | |
| JOHN E. JACKSON, | : | |
| Appellee | : | **Notice of Appeal** |

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(b), the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's judgment entered on December 28, 2015.

Respectfully submitted,

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:   Mark E. Coyne
Assistant U.S. Attorney
Chief, Appeals Division

January 26, 2016
Newark, New Jersey

### Certification of Service

I hereby certify that on January 26, 2016, I caused a copy of the attached

Notice of Appeal to be served electronically, using the Court's ECF System, by

Notice of Electronic Filing on the following Filing Users:

> Carol Gillen, AFPD
> carol_gillen@fd.org
> (Counsel for Appellee)
>
> Rubin Sinins, Esq.
> rsinins@lawjw.com
> (Counsel for Appellee in related appeal)

By:   Mark E. Coyne
Assistant U.S. Attorney
Chief, Appeals Division

Dated: January 26, 2016

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number    2:2013cr290-01

CAROLYN JACKSON

Defendant.

### AMENDED JUDGMENT IN A CRIMINAL CASE*
(For Offenses Committed On or After November 1, 1987)

The defendant, CAROLYN JACKSON, was represented by Rubin Sinins, Esq. and Herbert Waldman, Esq.

The defendant has been found not guilty on count(s) 13 of the superseding indictment and is discharged as to such count(s).

The defendant was found guilty on count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 of the superseding indictment by a jury verdict on 07/08/2015 after a plea of not guilty. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| N.J.S.A. 2C:5-2 | Conspiracy to endanger the welfare of a child | 08/2005 through 04/23/2010 | 1 |
| N.J.S.A. 2C:24-4a | Endangering the welfare of a child | 03/2006 through 04/23/2010 | 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 |

As pronounced on 12/15/2015, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $1,200, for count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 5TH day of January, 2016.

KATHARINE S. HAYDEN
Senior United States District Judge

08016

Judgment – Page 2 of 5

Defendant: CAROLYN JACKSON
Case Number: 2:2013cr290-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 Months on each Counts One through Twelve, to be served concurrently.

The defendant's family is relocating to Orlando, Florida. It is recommended that the Bureau of Prisons designate the defendant to a facility as close to Orlando, Florida as possible.*

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons after 03/01/2016.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

**6**

Judgment – Page 3 of 5

Defendant:     CAROLYN JACKSON
Case Number:   2:2013cr290-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. This term consists of terms of 3 years on each of Counts One through Twelve, all such terms to run concurrently.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court as set forth below.

Based on information presented, the defendant is excused from the mandatory drug testing provision, however, may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall be prohibited from possessing a firearm or other dangerous device, shall not possess an illegal controlled substance and shall comply with the other standard conditions that have been adopted by this Court. Based on information presented, the defendant is excused from the mandatory drug testing provision; however, the defendant may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

In addition, the defendant shall comply with the following special conditions:

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

Judgment – Page 4 of 5

Defendant: CAROLYN JACKSON
Case Number: 2:2013cr290-01

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

(17) You shall cooperate in the collection of DNA as directed by the Probation Officer.

*(This standard condition would apply when the current offense or a prior federal offense is either a felony, any offense under Chapter 109A of Title 18 (i.e., §§ 2241-2248, any crime of violence [as defined in 18 U.S.C. § 16], any attempt or conspiracy to commit the above, an offense under the Uniform Code of Military Justice for which a sentence of confinement of more than one year may be imposed, or any other offense under the Uniform Code that is comparable to a qualifying federal offense);*

(18) Upon request, you shall provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge

**8**

AO 245B (Mod. D/NJ 12/06) Sheet 3a - Supervised Release

Defendant:     CAROLYN JACKSON
Case Number:   2:2013cr290-01

and approval of the U.S. Probation Office. You shall cooperate with the Probation Officer in the investigation of your financial dealings and shall provide truthful monthly statements of your income. You shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Office access to your financial information and records;

(19) As directed by the U.S. Probation Office, you shall participate in and complete any educational, vocational, cognitive or any other enrichment program offered by the U.S. Probation Office or any outside agency or establishment while under supervision;

(20) You shall not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You shall comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office;

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____

Defendant                                    Date

_____

U.S. Probation Officer/Designated Witness          Date

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

    v.                                          Case Number    2:2013cr290-02

JOHN E. JACKSON

    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, JOHN E. JACKSON, was represented by Carol Gillan, AFPD and David Holman, AFPD.

The defendant has been found not guilty on count(s) 2, 10, 13 of the superseding indictment and is discharged as to such count(s).

The defendant was found guilty on count(s) 1, 3, 4, 5, 6, 7, 8, 9, 11, 12 of the superseding indictment by a jury verdict on 07/08/2015 after a plea of not guilty.  Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| N.J.S.A 2C:5-2 | Conspiracy to endanger the welfare of a child | 08/2005 thru 04/23/2010 | 1 |
| N.J.S.A. 2C:24-4a | Endangering the welfare of a child | 10/2007 thru 04/15/2010 | 3, 4, 5, 6, 7, 8, 9, 11, 12 |

As pronounced on 12/15/2015, the defendant is sentenced as provided in pages 2 through 5 of this Judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $1,000, for count(s) 1, 3 through 9, 11, 12, which shall be due immediately.  Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __23rd__ day of December, 2015.


_____
KATHARINE S. HAYDEN
Senior United States District Judge

08016

AO 245B (Mod. D/NJ 12/06) Sheet 4 - Probation

Judgment – Page 2 of 5

Defendant: JOHN E. JACKSON
Case Number: 2:2013cr290-02

## PROBATION

The defendant is hereby placed on probation for a term of 3 years.

While on probation, the defendant shall comply with the standard conditions that have been adopted by this court (set forth below):

Based on information presented, the defendant is excused from the mandatory drug testing provision, however, may be requested to submit to drug testing during the period of probation if the probation officer determines a risk of substance abuse.

If this judgment imposes a fine, special assessment, costs or restitution obligation, it shall be a condition of probation that the defendant pay any such fine, assessment, costs and restitution and shall comply with the following special conditions:

While on probation, the defendant shall not commit another federal, state, or local crime, shall be prohibited from possessing a firearm or other dangerous device, shall not possess an illegal controlled substance and shall comply with the other standard conditions that have been adopted by this Court. Based on information presented, the defendant is excused from the mandatory drug testing provision; however, the defendant may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

In addition, the defendant shall comply with the following special conditions:

COMMUNITY SERVICE   (400 hours)

You shall contribute 400 hours of community service work over a period of at least 12 hours a month, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

NEW DEBT RESTRICTIONS

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

Judgment – Page 3 of 5

Defendant: JOHN E. JACKSON
Case Number: 2:2013cr290-02

## STANDARD CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

(17) You shall cooperate in the collection of DNA as directed by the Probation Officer.

*(This standard condition would apply when the current offense or a prior federal offense is either a felony, any offense under Chapter 109A of Title 18 (i.e., §§ 2241-2248, any crime of violence [as defined in 18 U.S.C. § 16], any attempt or conspiracy to commit the above, an offense under the Uniform Code of Military Justice for which a sentence of confinement of more than one year may be imposed, or any other offense under the Uniform Code that is comparable to a qualifying federal offense);*

(18) Upon request, you shall provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge

AO 245B (Mod. D/NJ 12/06) Sheet 4a - Probation

Judgment – Page 4 of 5

Defendant: JOHN E. JACKSON
Case Number: 2:2013cr290-02

and approval of the U.S. Probation Office. You shall cooperate with the Probation Officer in the investigation of your financial dealings and shall provide truthful monthly statements of your income. You shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Office access to your financial information and records;

(19) As directed by the U.S. Probation Office, you shall participate in and complete any educational, vocational, cognitive or any other enrichment program offered by the U.S. Probation Office or any outside agency or establishment while under supervision;

(20) You shall not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You shall comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office;

*For Official Use Only - -- U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
Defendant                              Date

_____
U.S. Probation Officer/Designated Witness        Date

AO 245B (Mod. D/NJ 12/06) Sheet 5 - Fine

Judgment – Page 5 of 5

Defendant: JOHN E. JACKSON
Case Number: 2:2013cr290-02

**FINE**

The defendant shall pay a fine of $15,000.

This fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately and shall be paid in full within 30 days of sentencing.

This amount is the total of the fines imposed on individual counts, as follows: $15,000 total for counts 1, 3 through 9, 11, 12.

The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. § 3612(f)(3).

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.