Nos. 16-1200 &16-1201
(consolidated)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Appellant<br><br>v.<br><br>CAROLYN JACKSON AND JOHN JACKSON | **MOTION TO FILE UNDER SEAL THE BRIEF FOR APPELLANT AND VOLUMES II-XII OF APPELLANT'S APPENDIX, AND TO FILE A REDACTED VERSION OF THE BRIEF FOR APPELLANT** |

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit

Rubin M. Sinins, Esq.
rsinins@jawjw.com

Carol Gillen, AFPD
Carol_gillen@fd.org

Dear Ms. Waldron and Counsel:

    The United States of America, Appellant, hereby moves pursuant to Fed. R. App. P. 25(a)(5) and Fed. R. Crim. P. 49.1, for leave to file its Brief for Appellant and Volumes II-XII of its Appendix for Appellant under seal. The United States further requests that the Court accept for public filing a redacted version of the Brief for Appellant.

    Pursuant to Fed. R. App. P. 25(a)(5), this appeal is governed by the privacy protections contained in Fed. R. Crim. P. 49.1. That Rule provides, among other things, that names of minors must be redacted in court filings and that initials be

used.  Here, Volumes II-XII of the Appendix for Appellant contain transcripts and documents littered with the names of several different minors, all of whom share two sets of initials.  Redaction, therefore, would be impractical and would render the Appendix virtually unintelligible.  Indeed, the materials contained in the Appendix are sealed on the District Court's docket as well.  Therefore, the United States requests permission, under Fed. R. Crim. P. 49.1(d), to file Volumes II-XII of its Appendix under seal.

For similar reasons, the United States requests permission to file its Brief for Appellant under seal as well.  Because, however, fewer redactions are necessary, the United States also requests that the Court accept for public filing a redacted version of the brief, pursuant to Fed. R. Crim. P. 49.1(a), (f).

                                          Respectfully submitted,
                                          PAUL J. FISHMAN
                                          United States Attorney

                               By:   s/ JOHN F. ROMANO
                                          Assistant U.S. Attorney
                                          970 Broad Street, Suite 700
                                          Newark, NJ 07102-2535
                                          (973) 645-2866

Dated:  June 16, 2016

## CERTIFICATION OF SERVICE

  I hereby certify that I caused a copy of the attached motion to be served on June 16, 2016, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on the following Filing Users:

Rubin M. Sinins, Esq.
rsinins@jawjw.com

Carol Gillen, AFPD
Carol_gillen@fd.org

                _____
                s/ John F. Romano
                Assistant U.S. Attorney

Dated: June 16, 2016