# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

16-1200

USA v. Carolyn Jackson

2-13-cr-00290-001

## O R D E R

The Court has received the Sealed/Redacted Briefs and Sealed Supplemental Appendix from **Appellee Carolyn Jackson**.

**The briefs do not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing**

. Certification of Third Circuit Bar Membership

**Form of Redacted Brief-See FRAP 32(a)- The following aspect(s) of the brief is/are non-compliant**

. The redacted text can be copied and pasted to reveal the hidden text

**The sealed supplemental appendix does not comply with the following Court requirements:**

**Contents of Appendix- FRAP 30- The following is/are missing from the appendix**

. Cover

. Table of contents

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Carolyn Jackson** must file an addendum to brief containing the missing section(s) listed above in electronic format only.

In order to cure errors with respect to FORM, **Carolyn Jackson** must file a corrected REDACTED brief in electronic format. **Please Note: The redacted text can be copied and pasted to reveal the hidden text. Please ensure this cannot be done before filing the corrected brief. The redacted brief electronically filed on October 7, 2017 has been restricted to case participants and will be removed from the docket upon the filing of the corrected brief.**

**Action Required Regarding Appendix:**

In order to cure errors with respect to CONTENT, **Carolyn Jackson** must file a corrected sealed supplemental appendix containing the missing section(s) and or document(s) listed above in electronic and paper format (4 paper copies with white front and back covers). The sealed supplemental appendix must include a cover and table of contents.

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 10/13/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia*

Marcia M. Waldron, Clerk
Date:  10/7/2016

**EMA/cc:**     **Mark E. Coyne, Esq.**
           **John F. Romano, Esq.**
           **Rubin M. Sinins, Esq.**
           **Herbert I. Waldman, Esq.**

**For questions please call 267-299-4941, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**