UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1200
_____

UNITED STATES OF AMERICA,

                                            Appellant

v.

CAROLYN JACKSON
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Crim. No. 2-13-cr-00290-001)
Honorable Katharine S. Hayden, District Judge
_____

SUR PETITION FOR REHEARING
_____

BEFORE: SMITH, <u>Chief</u> <u>Judge</u>, MCKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr., VANASKIE, KRAUSE, RESTREPO, COWEN, and FUENTES, <u>Circuit</u> <u>Judges</u>
_____

The petition for rehearing filed by appellee, Carolyn Jackson, in the above captioned matter having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the Court in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service who are not disqualified not having voted for rehearing by the Court en banc, the petition for rehearing by the panel and the Court en banc is denied. Judge McKee votes to grant the

petition for rehearing for the reasons stated in his dissenting opinion. Judge Cowen's vote and Judge Fuentes's vote are limited to denying rehearing before the original panel.

                                                    BY THE COURT:

                                                    <u>s/ Robert E. Cowen</u>
                                                    Circuit Judge

Dated: September 6, 2017
CJG/cc:     Herbert I. Waldman, Esq.
              Rubin M. Sinins, Esq.
              John F. Romano, Esq.
              Mark E. Coyne, Esq.